IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| STEVE D. SHIELDS, | ) | Case No. 4:12-cv-00031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that an Order be entered denying Plaintiff's Motion for Summary Judgment [ECF No. 12], granting the Commissioner of Social Security's Motion for Summary Judgment [ECF No. 16], and dismissing this case from the docket of this court. The Report and Recommendation was filed on June 7, 2013, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment is **DENIED,** the Commissioner's Motion for Summary Judgment is **GRANTED**, and the case is **DISMISSED** from the Court's active docket.

The Clerk is directed to send a copy of this Order to counsel of record as well as to United States Magistrate Judge B. Waugh Crigler.

ENTERED this 27th day of June, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE